IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 25 AM 11: 38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. 04-20311-Ml |
| ) | |
| VENCEL MARTIN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Based upon the oral motion of the United States and for good cause shown, It is hereby Ordered that counts 1, 2, 6, 17, 33, 41, 42, 43, and 47 of the Inidctment in this cause are dismissed against defendant Vencel Martin.

ENTERED this 24 day of August, 2005.

Jon Phipps McCalla
United States District Judge

Approved:

Terrell L. Harris
United States Attorney

by: Vivian R. Donelson
Vivian R. Donelson
Assistant United States Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-25-05

200

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 200 in case 2:04-CR-20311 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT